**No. P68/416.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 66/44613–786, etc. (Chicago).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of pistol grips, which are chiefly used as parts of motion picture cameras, similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (57 Cust. Ct. 143, C.D. 2744), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 1, 1968

**No. P68/417.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 60/4099–11223, etc. (Chicago).

**No. P68/418.**—Rohner Gehrig & Company, Inc. *v.* United States, protest 60/23499 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), the claim of the plaintiffs was sustained.

**No. P68/419.**—Brechner Bros. Importing Corp. et al. *v.* United States, protests 67/63547, etc. (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of toyo paper sewing baskets similar in all material respects to those the subject of *John Dritz & Sons, Inc.* v. *United States* (59 Cust. Ct. 570, C.D. 3231), the claim of the plaintiffs was sustained.